UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| ROBERT & CHRISTINE MORRISON, | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:09-CV-186 |
| | ) | | (VARLAN/SHIRLEY) |
| STATE FARM INSURANCE COMPANIES, | ) | | |
| d/b/a STATE FARM INSURANCE, | ) | | |
| d/b/a STATE FARM FIRE AND CASUALTY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

This civil action is before the Court on plaintiffs' Motion for Voluntary Dismissal of Lawsuit [Doc. 9], in which plaintiffs request that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Counsel for defendant has informed the Court that defendant does not oppose plaintiffs' motion.

Accordingly, plaintiffs' claims against defendant are hereby **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a) and the Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

                                       s/ Thomas A. Varlan
                                       UNITED STATES DISTRICT JUDGE